# United States Court of Appeals
# for the Fifth Circuit

---

No. 22-60457

---

A True Copy
Certified order issued Oct 21, 2022

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

Pieter Teeuwissen; Anthony R. Simon; Simon & Teeuwissen, P.L.L.C.,

*Plaintiffs—Appellants,*

*versus*

Hinds County, *Mississippi, by and through its Board of Supervisors*; David Archie, *individually and in his official capacity*; Credell Calhoun, *individually and in his official capacity*; Robert Graham, *individually and in his official capacity*; John Does I-V, *individually and in his official capacity*; Mississippi Association of Supervisors Insurance Trust,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:22-CV-9

---

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of October 21, 2022, for want of prosecution. The appellants failed to timely file appellants' brief and record excerpts.

No. 22-60457

LYLE W. CAYCE<br>
Clerk of the United States Court<br>
of Appeals for the Fifth Circuit

By: _____

Majella A. Sutton, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT