# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

October 21, 2022

Mr. Arthur S. Johnston III  
Southern District of Mississippi, Jackson  
United States District Court  
501 E. Court Street  
Suite 2.500  
Jackson, MS 39201

    No. 22-60457   Teeuwissen v. Hinds County, MS  
                          USDC No. 3:22-CV-9

Dear Mr. Johnston,

Enclosed is a copy of the judgment issued as the mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____  
                          Majella A. Sutton, Deputy Clerk  
                          504-310-7680

cc w/encl:  
    Mr. Tommy Eugene Brown Jr.  
    Mr. Robert Jathorne Dambrino III  
    Mr. Justis Robert Gibbs II  
    Mr. Michael Thomas Jaques  
    Mr. Jamie D. Travis