# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 21, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-60457   Teeuwissen v. Hinds County, MS
                     USDC No. 3:22-CV-9

The court has granted appellant's motion to reinstate the appeal.

                     Sincerely,

                     LYLE W. CAYCE, Clerk

                     By: _____
                     Majella A. Sutton, Deputy Clerk
                     504-310-7680

Mr. Tommy Eugene Brown Jr.
Mr. Robert Jathorne Dambrino III
Mr. Justis Robert Gibbs II
Mr. Michael Thomas Jaques
Mr. Arthur S. Johnston III
Mr. Jamie D. Travis