# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | |
|---|---|
| **PIETER TEEUWISSEN,** *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **HINDS COUNTY, MISSISSIPPI,** *et al.*, <br><br> *Defendants*. | CAUSE NO. 3:22-CV-9-CWR-LGI |

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 54(b) and in accordance with submission of Plaintiffs' Docket No. 150-1 and the Order entered on this day, the Court enters this final judgment in favor of the Plaintiffs in the amount of $281,069.08. Interest shall run on this amount at an annual rate of 8% from today until the judgment is satisfied. The Court finds there is no just reason for delay in the entry of the final judgment.

**SO ORDERED**, this the 6th day of October, 2025.

s/ Carlton W. Reeves<br>
UNITED STATES DISTRICT JUDGE